RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 1 2 2025

DANIEL J. McCOY, CLERK
BY: _____

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:24-CR-00115-03 |
| | * | |
| VERSUS | * | JUDGE FOOTE |
| | * | |
| DERRICK CAREY | * | MAGISTRATE JUDGE HORNSBY |

**CONSENT TO PLEAD BEFORE**
**UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE AND**
**WAIVER OF OBJECTION TO REPORT AND RECOMMENDATION**

The above-captioned United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties that might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead before a United States District Judge.

I hereby waive (give up) my right to enter my plea before a United States District Judge and consent to entering my plea before the United States Magistrate Judge, who will provide a report and recommendation to the District Judge.

I understand that the District Judge must accept and approve my guilty plea and the plea agreement and will adjudicate guilt. If approved, I understand that I will be sentenced by the United States District Judge.

I understand that pursuant to 28 U.S.C. § 636, the parties are entitled to a fourteen (14) day period within which to file written objections to the report and recommendation. I hereby waive (give up) the fourteen (14) day objection period so that the District Judge may immediately adopt the report and recommendation, thereby accepting my guilty plea, and set a sentencing date.

Date: 3/12/2025

_____
Derrick Carey
Defendant


_____
Joey Greenwald
Counsel for Defendant