# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 24-0115-03 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| DERRICK CAREY (03) | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby **ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the Court hereby adjudges the Defendant, Derrick Carey, guilty of the offense charged in Count One of the Indictment. Sentencing is set for **June 18, 2025, at 1:30 p.m. in Courtroom 2**.

**THUS DONE AND SIGNED**, this 17th day of March, 2025.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE